# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4344
_____

BURKE L. SILAS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

February 22, 2018

PER CURIAM.

    AFFIRMED.

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Burke L. Silas, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.